UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-20462-KMW

UNITED STATES OF AMERICA

vs.

LUZ ELSA BALBOA GARCIA,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Luz Elsa Balboa Garcia (the "Defendant"), and the Defendant's counsel agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the offenses charged in the Indictment:

On or about August 18, 2021, the Defendant entered Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and attempted to board Copa Airlines flight 227 from Miami International Airport to Panama City, Panama, transporting approximately ten thousand and six hundred dollars ($10,600) in United States currency, and ninety-one thousand and four hundred euros (€91,400) in European Union currency in her luggage and on her person. Co-defendant Juan de Dios Hernandez Diaz attempted to board the same flight transporting approximately seventy-one thousand, three hundred and eight dollars ($71,308) in United States currency, and sixty-five thousand, two hundred and sixty euros (€65,260) in European Union currency, and co-defendant Antonio Eduardo Jimenez Tamayo also attempted to board the same flight transporting approximately thirty-two thousand, five hundred and ninety-seven dollars

($32,597) in United States currency, and one hundred five thousand euros (€105,000) in European Union currency.

The Defendant passed through airport security and approached her departure gate to board a Copa Airlines flight from Miami, Florida to Panama City, Panama. Before she boarded the flight, a uniformed officer with U.S. Customs and Border Protection ("CBP") asked her how much currency she was carrying. The Defendant falsely stated $1,000. The Defendant boarded the flight. However, the Defendant was soon brought back to the jet bridge because her flight reservation was discovered to be associated with a suspect email address. The co-defendants' flight reservations were also discovered to be associated with the same suspect email, and they were separately stopped for questioning.

During the initial questioning in the jet bridge, CBP asked the Defendant how much money she was carrying on her person and in her luggage, including carry-ons. The Defendant falsely stated that she was carrying approximately $2,000 in United States currency and its foreign equivalent. CBP officers explained to the Defendant the legal requirement to report any cash over $10,000 in United States currency and its foreign equivalent, to which the Defendant verbally responded that she understood. CBP then presented the Defendant with a CBP Currency Reporting Flyer Form #0207-0909 ("Form 207"), written in her native Spanish language. The CBP Form 207 explained the legal requirement that persons traveling either out of, or into, the United States must report any monetary instruments that they are carrying in excess of $10,000 in United States currency and its foreign equivalent. The Defendant signed the CBP Form 207 and certified that she was carrying "$2000" in United States currency or its foreign equivalent.

CBP conducted an independent baggage inspection of the Defendant's backpack and carry-on luggage, where CBP found approximately $117,595 in United States currency and its foreign equivalent. The currency was distributed amongst two female wallets of similar shape and size, and a clear makeup case. The clear makeup case was located inside a gray and orange carryon bag. In total, the Defendant was carrying an additional $115,595 in United States currency and its foreign equivalent in her luggage and on her person, despite the Defendant's signed certification on CBP Form 207 stating that she was only carrying $2,000 in United States currency and its foreign equivalent.

**[Intentionally Left Blank.]**

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 9/26/22   By: _____
                     for
                     JONATHAN BAILYN
                     ASSISTANT UNITED STATES ATTORNEY

Date: 9-26-22   By: _____
                     ANA M. DAVIDE
                     ATTORNEY FOR DEFENDANT

Date: 9/23/2022   By: _____
                       LUZ ELSA BALBOA GARCIA
                       DEFENDANT

4